

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| David Edward Saucedo, II and Mariana Terrazas Saucedo, Individually and on Behalf of I. S., a Minor Child, | § | No. 08-22-00047-CV |
| | § | Appeal from the |
| Appellants, | § | 243rd District Court |
| v. | § | of El Paso County, Texas |
| El Paso Children's Hospital Corporation, Dr. Roberto Canales, M.D., and Dr. Rodolfo Fierro-Stevens, M.D., | § | (TC# 2020-DCV-2549) |
| | § | |
| Appellees. | § | |
| | § | |

# **O R D E R**

The Court has considered the Appellants' motion to consolidate parallel and related mandamus and appeal proceedings, and concludes the motion should be GRANTED. The above styled and numbered cause shall be consolidated with cause number 08-22-00089-CV, styled In Re: David Edward Saucedo, II and Mariana Terrazas Saucedo, Individually and on Behalf of I. S., a Minor Child, for purposes of oral argument and issuing one opinion to address all the issues.

IT IS SO ORDERED this 24th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.